UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21CR___(JAM) |
| v. | VIOLATIONS: |
| TRAVIS M. WILLIAMS | 18 U.S.C. § 2251(a)(1) (Production of Child Pornography) |
| | 18 U.S.C. § 2252A(a)(2) (Distribution of Child Pornography) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Production of Child Pornography)

1.      From on or about July 21, 2019 through July 23, 2019, in the District of Connecticut and elsewhere, the defendant TRAVIS M. WILLIAMS did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim ("MV"), whose identity is known to the United States Attorney, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including, but not limited to, a computer image file titled "IMG_2464.HEIC," which had been actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a).

COUNT TWO
(Distribution of Child Pornography)

2.      From on or about July 21, 2019 through July 23, 2019, in the District of Connecticut and elsewhere, the defendant TRAVIS M. WILLIAMS did knowingly distribute child pornography, as that term is defined in Title 18, United States Code, Section 2256(8), including, but not limited to, a computer image file titled "IMG_2508.HEIC," knowing it was a visual

1

depiction of a minor, MV, engaged in sexually explicit conduct, which had been distributed using any means and facility of interstate and foreign commerce and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

UNITED STATES OF AMERICA

_____
LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

_____
AMANDA S. OAKES
ASSISTANT UNITED STATES ATTORNEY

_____
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY